**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| HALEY MACKRELL, *as parent of* M.T.M., *surviving child of* HAKEEM WILLIAMS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:24-CV-7 (LAG) |
| ANGELA BUTLER, | : : | |
| Defendant. | : : | |

**ORDER**

Before the Court is Plaintiff Haley Mackrell's Notice of Haley Mackrell's Ratification Pursuant to Federal Rule of Civil Procedure 17(a)(3) (Doc. 53). On May 17, 2024, Plaintiff was granted Temporary Letters of Administration and Order Appointing Temporary Administrator by the Probate Court of Paulding County. (*Id.* at 2). The Probate Court of Paulding County issued Permanent Letters of Administration, appointing Haley Mackrell as Administrator of the Estate of Hakeem Olajuwon Williams on July 8, 2024. (*Id.* at 3). Plaintiff now gives notice, in her capacity as permanent Administrator of the Estate of Hakeem Olajuwon , of her ratification of the "commencement and prosecution of this action from its inception on January 22, 2024, to the present," ostensibly pursuant to Federal Rule of Civil Procedure 17(a)(3). (*Id.* at 1).

On March 24, 2026, Defendant responded in opposition to Plaintiff's Notice, arguing that Rule 17 is not intended to allow Plaintiff to "add into this lawsuit an estate claimant and an estate claim that were not included in the complaint." (Doc. 55 at 1). On April 13, 2026, Plaintiff emailed the Court requesting a hearing on the matter. (*See* Email from Samantha Funt, Counsel for Plaintiff, to Marcia Alvarez Benavidez, Courtroom Deputy (Apr. 13, 2026 12:34 PM EDT) (on file with the Court)). The Court set a Status Conference for May 20, 2026, to address the matter. (*See* Docket). Plaintiff, hereby, is

**ORDERED** to file a Reply addressing the issues raised in Defendant's Objection within **SEVEN (7) DAYS** of the date of this Order.

      **SO ORDERED**, this 1st day of May, 2026.

                    /s/ Leslie A. Gardner
                    **LESLIE A. GARDNER, CHIEF JUDGE**
                    **UNITED STATES DISTRICT COURT**